# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                              )<br>            Plaintiff,                            )<br>                                                              )<br>    vs.                                                   )<br>                                                              )<br> TRINIDAD CERVANTES,                  )<br>                                                              )<br>            Defendant.                        )<br>                                                              ) | 8:04CR198<br><br>DETENTION ORDER<br><br>PETITION FOR<br>ACTION ON CONDITIONS<br>OF<br>SUPERVISED RELEASE |

The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

The above-named defendant shall be detained until further order.

January 11, 2012                                BY THE COURT:

                                                                *s/Cheryl R. Zwart*
                                                                United States Magistrate Judge