IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR198 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| TRINIDAD CERVANTES, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's motion to review detention, (filing no. 56), is granted.

2) The defendant shall comply with all terms and conditions of his supervised release which were imposed at sentencing except as follows:

> The defendant shall be released to reside at Williams Prepared Place, Omaha, Nebraska and participate in that facility's Substance Abuse Treatment Program. The defendant shall fully comply with the requirements of his treatment plan and all rules of the Williams Prepared Place facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain him pending a prompt hearing before the court.

February 14, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge