IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>TRINIDAD CERVANTES,<br><br>            Defendant. | 8:4CR198<br><br>MEMORANDUM AND ORDER |

IT IS ORDERED:

1) The defendant's unopposed motion to modify conditions of release, (Filing No. 70) is granted.

2) The Court's February 14, 2012 Order, (Filing No. 60) is modified as follows: Upon defendant's anticipated graduation from treatment at Williams Prepared Place on January 13, 2013, the defendant is permitted to reside in Guide Rock, Nebraska.

3) The defendant shall comply with all other terms and conditions of his supervised release which were imposed at sentencing.

January 7, 2013.

                                            BY THE COURT:

                                            *s/ Cheryl R. Zwart*
                                            United States Magistrate Judge